**Order entered June 25, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01497-CR

**THOMAS PETER HIGGINS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-84142-2017**

## ORDER

Before the Court is the State's June 21, 2019 first motion for extension of time to file its brief. The State tendered its brief with the motion. We **GRANT** the motion and **ORDER** the State's brief filed as of the date of this order.

/s/     LANA MYERS
JUSTICE